

AUG 1 5 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-47-BLG-SPW |
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| SCOTT ALLEN WORTMAN, | |
| Defendant. | |

WHEREAS, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation;

1

AND WHEREAS, on May 13, 2019, the defendant entered a plea of guilty to count I of the superseding indictment charging conspiracy to possess with the intent to distribute and to distribute heroin, and to counts II and III of the superseding indictment charging possession with intent to distribute heroin and methamphetamine;

AND WHEREAS, on May 14, 2019, a jury found the defendant guilty of the crime charged in count IV of the superseding indictment charging possession of a firearm in furtherance of a drug trafficking crime;

AND WHEREAS, the defendant agreed not to contest, or assist others in contesting, the forfeiture sought in the charging document to which the defendant plead guilty;

AND WHEREAS, by virtue of said guilty pleas and guilty verdict, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

AND WHEREAS, beginning on May 31, 2019, and ending on June 29, 2019, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to

dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- $5,632.00 in United States currency;

- a Ruger model SR45, .45 caliber semi-automatic pistol (serial number 380-06256);

- a Taurus model PT-140, .40 caliber semi-automatic pistol (serial number SJZ08207); and

- a Ruger model LC380, .38 caliber semi-automatic pistol (serial number 323-35327).

AND WHEREAS, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1. The United States shall seize the forfeited property described above;

2. The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law;

3. All forfeited funds shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 21 U.S.C. § 853(n)(1); and

4. The Clerk is directed to send copies of this order to all counsel of record and the defendant. The Clerk is further directed to send three certified copies of this order to the United States Marshal.

DATED this 15th day of August, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge